IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MILES EDWARDS,  :
         Petitioner  :
    v.  : Case No. 3:07-cv-57-KRG-KAP
JOHN YOST, WARDEN, F.C.I.  :
LORETTO,  :
         Respondent  :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 10, 2008, docket no. 10, recommending that the petitioner's petition for a writ of habeas corpus be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner did not file timely objections, but did file a timely motion seeking a ninety day extension of time to file objections, docket no. 11. After consideration of the record of this matter, that motion is denied.

After *de novo* review of the record of this matter together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of October 2008, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Miles Edwards, Reg. No. 05229-000
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940