IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MILES EDWARDS,  :
        Petitioner  :
    v.  : Case No. 3:07-cv-57-KRG-KAP
JOHN YOST, WARDEN, F.C.I.  :
LORETTO,  :
        Respondent  :

### Report and Recommendation

#### Recommendation

Petitioner's motion to reconsider, docket no. 13, should be denied.

#### Report

Petitioner's petition for habeas corpus was denied more than a year ago. Petitioner's "Motion for Reconsideration for Enlargement of Time" asks only for reconsideration of the ancillary order denying a motion for extension of time to file objections, a moot point. Even considered as a motion under Fed.R.Civ.P. 60, petitioner presents no reason to disturb the court's judgment.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have ten days to serve and file written objections to this Report and Recommendation.

DATE: 2 December 2009

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

    Miles Edwards, 09-2916
    Cambria County Prison
    425 Manor Drive
    Ebensburg, PA 15931