IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MILES EDWARDS,  :
        Petitioner  :
    v.  : Case No. 3:07-cv-57-KRG-KAP
JOHN YOST, WARDEN, F.C.I.  :
LORETTO,  :
        Respondent  :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on December 2, 2009, docket no. 14, recommending that the petitioner's motion for reconsideration, docket no. 13, be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 15, which are meritless.

After _de novo_ review of the record of this matter together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 11th day of January, 2010, it is

ORDERED that the petitioner's motion for reconsideration, docket no. 13, is denied.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Miles Edwards, 09-2916
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931